**Order filed January 3, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00546-CV
_____

### MARY GONZALES, Appellant

### V.

### MAIN STREET ACQUISITION CORP., Appellee

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1017338**

## O R D E R

Appellant's brief was due November 12, 2013**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **February 3, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM